UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW JERSEY BUILDING LABORERS STATEWIDE BENEFITS FUND AND THE TRUSTEES THEREOF,**<br><br>Petitioners,<br><br>v.<br><br>**JOHN GUSTAFSON EXCAVATING, INC.,**<br><br>Respondent. | 09-CV-5793 (WJM)<br><br>**JUDGMENT** |

**THIS MATTER** having come before the Court upon Petitioners' Motion to Confirm the Arbitration Award; the Court having considered the moving papers submitted by Petitioners; Respondent having failed to respond to the petition; and a decision having been duly rendered,

IT IS on this _____ day of December 2009, hereby,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent John Gustafson Excavating, Inc. the sum of $5,880.92.

WILLIAM J. MARTINI, U.S.D.J.